

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Dwight Shadwick, Appellant

No. 06-24-00110-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR23-008). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, James Dwight Shadwick, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 26, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk